UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| LARY FEEZOR,<br><br>    Plaintiff,<br><br>    vs.<br><br>BIG 5 CORP. dba BIG 5 SPORTING GOODS #247; GEORGE W. ECONOME; MARILYN C. ECONOME,<br><br>Defendants. | Case No. CIV.S-09-01909-WBS-CMK<br><br>ORDER RE: Plaintiff's *ex parte* application to continue date by which to Dismiss Defendant |

# ORDER ON EXTENTION FOR DISMISSAL

Having read the foregoing *ex parte* application and good cause appearing therefore, the Court GRANTS the *ex parte* application and continues the date by which to Dismiss Defendant BIG 5 CORP. dba BIG 5 SPORTING GOODS #247 to March 4, 2010.  **The Scheduling Conference is continued to March 22, 2010 at 2:00 p.m.**

Dated: February 11, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE