UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| LARY FEEZOR, | Case No. CIV.S-09-01909-WBS-CMK |
| Plaintiff, | |
| vs. | ORDER RE: Plaintiff's *ex parte* application to continue date by which to Dismiss Defendant |
| BIG 5 CORP. dba BIG 5 SPORTING GOODS #247; GEORGE W. ECONOME; MARILYN C. ECONOME, | |
| Defendants. | |

## ORDER ON EXTENTION FOR DISMISSAL

Having read the foregoing *ex parte* application and good cause appearing therefore, the Court GRANTS the *ex parte* application and continues the date by which to Dismiss Defendant BIG 5 CORP. dba BIG 5 SPORTING GOODS #247 to March 4, 2010.  **The Scheduling Conference is continued to March 22, 2010 at 2:00 p.m.**

Dated: February 11, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

*Feezor v Big 5 Corp, et al.,*     Case No.CIV.S-09-01909-WBS-CMK
Order Re: Plaintiff's *ex parte* application to continue date by which to Dismiss Defendant