SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244
Email: usdceast@hubslaw.com

Attorneys for Plaintiff Lary Feezor

G. MICHAEL BROWN, SBN 085997
SHIREEN B. ROGERS, SBN: 163507
MUSICK, PEELER & GARRETT LLP
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626
Telephone: (714) 668-2424
Facsimile: (714) 668-2490
Email: m.brown@mpglaw.com
         S.rogers@mpglaw.com

Attorney for Defendant
Big 5 Corp.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR | Case No. 2:09-CV-01909-WBS-EFB |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON** |
| BIG 5 CORP. dba BIG 5 SPORTING GOODS #247, et al., | |
| Defendants. | |

Stipulation for Dismissal and [Proposed] Order Thereon          *Feezor v Big 5 Corp., et al.*
                                                                                         *2:09-CV-01909-WBS-EFB*

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff LARY FEEZOR, and defendant BIG 5 CORP. dba BIG 5 SPORTING GOODS #247. and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff hereby requests that the Court dismiss the above-entitled action, with prejudice, **as to defendant BIG 5 CORP. dba BIG 5 SPORTING GOODS #247** *only.*

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant BIG 5 CORP. dba BIG 5 SPORTING GOODS #247.

Dated: March 12, 2010            DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard III*
LYNN HUBBARD III
Attorney for Plaintiff LARY FEEZOR

Dated: March 9, 2010             ATTORNEY AT LAW

*/s/ Shireen B. Rogers*
G. MICHAEL BROWN
SHIREEN B. ROGERS
Attorneys for Defendant Big 5 Corp.

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No.2:09-CV-01909-WBS-EFB, is hereby dismissed with prejudice **as to BIG 5 CORP. dba BIG 5 SPORTING GOODS #247. only.**

Dated: March 15, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE